UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR 18 P 1: 24
U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| BRICKLAYERS & ALLIED CRAFTSMEN UNION LOCAL 3 – EASTERN MASSACHUSETTS<br>Plaintiff,<br><br>v.<br><br>UNI-CON FLOORS, INC.<br>Defendant. | C.A. No.    05-10594 RGS |

**NOTICE OF WITHDRAWAL PURSUANT TO
RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Now comes the Plaintiff, Bricklayers & Allied Craftsmen Union Local 3 – Eastern Massachusetts, and, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, hereby withdraws the above-captioned matter without prejudice as the Defendant has neither filed an answer nor motion for summary judgment.

Respectfully submitted,
For the Plaintiff,
BRICKLAYER & ALLIED CRAFTSMEN
UNION LOCAL 3 – EASTERN
MASSACHUSETTS
By his Attorney,

Dated: April 15, 2005

Michael A. Feinberg
BBO #161400
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976